**FILED**

SEP 0 7 2010

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | | |
|---|---|---|
| GARY TREMBLAY, | ) | CV 09-15-H-DWM-RKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SGT. ERIC LAPIER, SGT. CRYSTAL FOSTER, UM GREG BUDD, CO DAVE HARRIS, KRISTI BOESE, FNP CAPT. SCOTT MCNEIL, MYRON BEESON, and CHRIS CONELL, | ) ) ) ) ) | |
| Defendants. | ) | |

On August 10, 2010, the Court denied Tremblay's objection to Judge Strong's Order denying Tremblay's motion for appointment of counsel. Tremblay has since filed an "Appeal an [sic] Appeal to be Appointed Counsel." (dkt #36.) The Court construes this to be a motion to reconsider.

Tremblay's motion to reconsider will be denied for two reasons. First, he does not meet the standards of Local Rule 7.3. That is, he has not filed a motion for leave to file a motion for reconsideration.

1

Secondly, Tremblay has not shown clear error or manifest injustice, presented newly discovered evidence or an intervening change in controlling law that would support amending the Court's August 10, 2010 Order. Zimmerman v. City of Oakland, 255 F.3d 734, 740 (9th Cir. 2001). Nor has he shown "mistake, inadvertence, surprise ... excusable neglect," or other justification for relief under Fed. R. Civ. P. 60(b)(1) or (6).

Accordingly, IT IS HEREBY ORDERED that Tremblay's Motion for Reconsideration (dkt #36) is DENIED.

Dated this 7th day of September, 2010.

Donald W. Molloy, District Judge
United States District Court